Rachel Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bryancave.com
Roger Myers (SBN 146164)
roger.myers@bryancave.com
Goli Mahdavi (SBN 245705)
goli.mahdavi@bryancave.com
BRYAN CAVE LLP
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:  (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Courthouse News Service,<br><br>Plaintiff,<br><br>v.<br><br>David Yamasaki, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court.<br><br>Defendant. | CASE NO. 8:17-CV-00126-AG (KESx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         February 27, 2017<br>Time:         10:00 a.m.<br>Courtroom: 10D, Santa Ana Division<br>Judge:        Hon. Andrew J. Guilford<br><br><u>Documents filed herewith</u>:<br><br>(1) Memorandum of Pts. And Authorities<br>(2) Declaration of William Girdner<br>(3) Declaration of Joanna Mendoza<br>(4) Request for Judicial Notice<br>(5) [Proposed] Order |

TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 27, 2017, at 10:00 a.m., in Courtroom 10D of the United States District Court for the Central District of California, Southern Division, located at 411 West 4th Street, Santa Ana, CA, Plaintiff Courthouse News Service ("CNS") will and does move this Court for a preliminary injunction against Defendant David Yamasaki, in his official capacity as Court Executive Officer/Clerk of Orange County Superior Court ("OSC"), together with his agents, assistants, successors, employees, and all persons acting in concert or cooperation with them, or at his direction or under his control, prohibiting him preliminarily, during the pendency of this action, from refusing to make newly filed civil unlimited complaints available to the public and press until after such complaints are "processed," including but not limited to refusing to provide timely access to new unlimited civil complaints processed or received for filing after 4 p.m.  Defendant is further directed to make such complaints accessible to the public and press in a timely manner from the moment they are received by the court.  The foregoing relief is not sought in those instances where the filing party has properly moved to place the complaint under seal.

The motion is based on the complaint, memorandum of points and authorities, the declarations of William Girdner and Joanna Mendoza, the Request for Judicial Notice, any opposition papers and evidence filed by Defendant, CNS's reply papers and evidence submitted therewith, and any argument or evidence presented at hearing, or as otherwise permitted by the Court.

Dated: January 30, 2017           BRYAN CAVE LLP

                                  By:   /s/ Rachel Matteo-Boehm
                                        Rachel Matteo-Boehm
                                        Attorneys for Plaintiff
                                        COURTHOUSE NEWS SERVICE