UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-0126-AG(KESx) | Date | March 20, 2017 |
| Title | COURTHOUSE NEW SERVICE v DAVID YAMASAKI | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Dwayne Roberts | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rachel Matteo-Boehm<br>Katherine Keating | Jaclyn Stahl<br>Robert Naeve |

**Proceedings:**   MOTION FOR PRELIMINARY INJUNCTION [DKT 11]

Tentative Ruling provided. Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

                                                                            1  :  21

Initials of Preparer   dr