Rachel Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bryancave.com
Roger Myers (SBN 146164)
roger.myers@bryancave.com
Katherine Keating (SBN 217908)
katherine.keating@bryancave.com
Goli Mahdavi (SBN 245705)
goli.mahdavi@bryancave.com
BRYAN CAVE LLP
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:  (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Courthouse News Service,<br><br>Plaintiff,<br><br>vs.<br><br>David Yamasaki, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court,<br><br>Defendant. | Case No.  8:17-cv-00126 AG (KESx)<br><br>**NOTICE OF WITHDRAWAL OF FIRST NOTICE OF ERRATA [ECF NO. 38]**<br><br>Courtroom:  10D, Santa Ana Division<br>Judge:        Hon. Andrew J. Guilford |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Courthouse News Service ("CNS") hereby withdraws the Notice of Errata filed today as ECF No. 38.

That Notice of Errata was filed, *inter alia*, to correct a technical problem with a .pdf document that resulted in the document appearing as a blank page in the filed document (ECF No. 34, p. 14, Page ID #1326). However, the problem occurred again with the document attached to the Notice of Errata (ECF No. 38-1, p. 2, Page ID #1988). After resolving the technical problem, CNS filed a second Notice of Errata (ECF No. 39), with the document at issue appearing correctly as Exhibit A thereto (ECF No. 39-1, p. 2, Page ID #1993).

Dated:  April 3, 2017

BRYAN CAVE LLP
Rachel Matteo-Boehm
Roger Myers
Katherine Keating
Goli Mahdavi

By:   /s/ Rachel Matteo-Boehm
        Rachel E. Matteo-Boehm
        Attorneys for Plaintiff
        COURTHOUSE NEWS SERVICE