KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
Counsel of Record for Amici Curiae
BRUCE D. BROWN*
bbrown@rcfp.org
CAITLIN VOGUS*
cvogus@rcfp.org
SELINA MACLAREN*
smaclaren@rcfp.org
*Of Counsel
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1250
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID YAMASAKI,** IN HIS OFFICIAL CAPACITY AS COURT EXECUTIVE OFFICER/CLERK OF THE ORANGE COUNTY SUPERIOR COURT,<br><br>Defendant. | Case No.: 8:17-CV-126 AG (KESx)<br><br>**APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 13 OTHER MEDIA ORGANIZATIONS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF**<br><br>[[Proposed] *Amici* Brief Filed Concurrently Herewith]<br><br>Courtroom: 10D<br>Judge: Hon. Andrew J. Guilford |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** proposed *amici curiae*, the Reporters Committee for Freedom of the Press (the "Reporters Committee") and 13 other news media organizations, request permission to file the concurrently submitted proposed *amici curiae* brief in support of Plaintiff Courthouse News Service (hereinafter, "CNS"). The other organizations are: American Society of News Editors, The Associated Press, Association of Alternative Newsmedia, Californians Aware, First Amendment Coalition, Gannett Co., Inc., Los Angeles Times Communications LLC, The McClatchy Company, MediaNews Group Inc., dba Digital First Media, LLC, News Media Alliance, Online News Association, Radio Television Digital News Association, and Society of Professional Journalists.

District courts have broad discretion to permit third parties to participate in an action as *amicus curiae*. *See Ctr. for Biological Diversity v. U.S. Bureau of Land Mgmt.*, No. 3:09-CV-08011-PGR, 2010 WL 1452863, at *2 (C.D. Ariz. Apr. 12, 2010) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)). This Court has previously granted applications of third parties to participate as *amicus curiae* in this case. *See* Civil Minutes – General, [Tentative] Order Denying Motion for a Preliminary Injunction (Mar. 20, 2017) (granting leave to file an *amici* brief in support of Defendant). Some of the proposed *amici*, including the Reporters Committee, have previously participated as *amici* in cases in this district that raised similar legal issues. *See Courthouse News Serv. v. Planet*, No. 2:11-cv-08083-SJO (FFMX), 2016 WL 4157210, at *1 (C.D. Cal. May 26, 2016) (listing thirteen *amici*, including seven of the proposed *amici* here), *judgment entered*, 2016 WL 4157354 (C.D. Cal. June 14, 2016).

*Amici curiae* can "provide assistance in a case of general interest, supplement the efforts of counsel in the case, and draw the court's attention to legal arguments that have escaped consideration." *Ctr. for Biological Diversity*, 2010 WL 1452863, at *2. Courts "frequently welcome" *amici* when a case concerns "legal issues that

have potential ramifications" for non-parties, *Sonoma Falls Developers, LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003), or when *amici* have "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," *Bostick v. Herbalife Int'l of Am., Inc.*, No. 2:13-cv-02488-BRO (SHX), 2015 WL 12731932, at *11 (C.D. Cal. May 14, 2015) (emphasis removed) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)), *reconsideration denied*, 2015 WL 12745798 (C.D. Cal. Aug. 18, 2015); *see also Am. Trucking Ass'ns, Inc. v. City of Los Angeles*, No. 2:08-cv-04920-CAS (CTX), 2008 WL 4381644, at *2 (C.D. Cal. Sept. 4, 2008) (granting leave to participate as *amicus* even where defendants did not have time to reply to the *amicus* brief because "the brief's probative value" outweighed any timeliness issues). In particular, *amicus* briefs can assist courts in deciding whether to enjoin conduct that is alleged to violate the First Amendment. *See, e.g., IMDb.com, Inc. v. Becerra*, No. 3:16-cv-06535-VC, 2017 WL 772346, at *2 (N.D. Cal. Feb. 22, 2017) (granting motion for preliminary injunction after granting leave to third parties to participate as *amici curiae*); *Nat'l Abortion Fed'n v. Ctr. for Med. Progress*, No. 3:15-cv-03522-WHO, 2016 WL 454082, at *13 (N.D. Cal. Feb. 5, 2016) (same). And courts also accept *amicus* briefs where, as here, a case raises legal issues affecting the press. *See In Re Grand Jury Subpoenas*, 438 F. Supp. 2d 1111, 1112 (N.D. Cal. 2006) (considering *amicus* briefs in denying a motion to quash subpoenas directed against reporters).

    *Amici* submit the attached brief in response to the Court's request for additional briefing, to aid the Court in resolving the issues before it concerning, *inter alia*, whether CNS's for-profit status is relevant to the public's First Amendment right of access to newly filed civil complaints. *Amici* write to emphasize the substantial public interest in immediate access to civil complaints and the implications for the public and the news media of denying such access, as well as the legal insignificance of a news organization's for-profit status in

determining whether the public's First Amendment right of access to judicial records applies.  As members of the news media, *amici* are uniquely qualified to provide the Court with this information.

CNS has consented to the filing of this Application.  On April 5, 2017, *amici* informed counsel for Defendant Yamasaki of their intent to submit the proposed *amici* brief and sought the Defendant's consent to the relief sought by this Application.  Defendant has not replied to the request for consent.

For the foregoing reasons, *amici* respectfully request that the Court permit the filing of the concurrently submitted proposed *amici curiae* brief.

Dated:  April 14, 2017          /s/ *Katie Townsend*

Katie Townsend (SBN 254321)
THE REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org
*Counsel of Record for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, the foregoing document was filed electronically with the Clerk of Court through the Court's CM/ECF system, which will automatically serve all counsel of record.

Dated: April 14, 2017　　　　　/s/ *Katie Townsend*
　　　　　　　　　　　　　　　Katie Townsend
　　　　　　　　　　　　　　　THE REPORTERS COMMITTEE
　　　　　　　　　　　　　　　　　FOR FREEDOM OF THE PRESS
　　　　　　　　　　　　　　　1156 15th St. NW, Ste. 1250
　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　Telephone: (202) 795-9303
　　　　　　　　　　　　　　　Email: ktownsend@rcfp.org
　　　　　　　　　　　　　　　*Counsel of Record for Amici Curiae*