KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
Counsel of Record for Amici Curiae
BRUCE D. BROWN*
bbrown@rcfp.org
CAITLIN VOGUS*
cvogus@rcfp.org
SELINA MACLAREN*
smaclaren@rcfp.org
*Of Counsel
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1250
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID YAMASAKI,** IN HIS OFFICIAL CAPACITY AS COURT EXECUTIVE OFFICER/CLERK OF THE ORANGE COUNTY SUPERIOR COURT, <br><br> Defendant. | Case No.: 8:17-CV-126 AG (KESx) <br><br> **ORDER GRANTING APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 13 OTHER MEDIA ORGANIZATIONS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF** <br><br> Courtroom: Court 10D <br> Judge: Hon. Andrew J. Guilford |

THIS MATTER came before the court on the application of the Reporters Committee for Freedom of the Press and 13 other media organizations for leave to file a brief as *amici curiae* in support of Plaintiff.

The Court, having considered the application, HEREBY ORDERS that the application for leave to file a brief as *amici curiae* is GRANTED.

DATED this 17th day of April, 2017.

_____
The Honorable Andrew J. Guilford

Presented by:

Reporters Committee for Freedom of the Press

/s/ *Katie Townsend*
Katie Townsend
THE REPORTERS COMMITTEE
   FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org
*Counsel for Amici Curiae*

-1-
[PROPOSED] ORDER GRANTING APPLICATION OF
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND
13 OTHER MEDIA ORGANIZATIONS FOR LEAVE TO FILE BRIEF
AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF