Rachel Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bryancave.com
Roger Myers (SBN 146164)
roger.myers@bryancave.com
Katherine Keating (SBN 217908)
katherine.keating@bryancave.com
Jonathan G. Fetterly (SBN 228612)
jonathan.fetterly@bryancave.com
BRYAN CAVE LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111
Telephone:  (415) 675-3400
Facsimile: (415) 675-3434

John W. Amberg
jwamberg@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| Courthouse News Service, <br><br>      Plaintiff, <br><br> vs. <br><br> David Yamasaki, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court, <br><br>      Defendant. | Case No. 8:17-cv-00126 AG (KESx) <br><br> **NOTICE OF APPEAL OF PLAINTIFF COURTHOUSE NEWS SERVICE TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** <br><br> **PRELIMINARY INJUNCTION APPEAL** <br><br> **RELATED TO APPEAL 16-55977** |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

NOTICE IS HEREBY GIVEN that Courthouse News Service ("CNS"), the plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion for a Preliminary Injunction ("Order"), dated August 7, 2017.  A copy of the Order is attached hereto as **Exhibit 1**.

CNS's Representation Statement is attached hereto as **Exhibit 2** pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b).

CNS further provides notice that this appeal is related to *Courthouse News Serv. v. Planet*, Ninth Circuit Appeal No. 16-55977, which raises the same or closely related issues to the instant appeal and is before a panel consisting of Judges Kim McLane Wardlaw, N. Randy Smith and Mary H. Murguia.  As such, CNS respectfully submits it would be appropriate to schedule the hearing in the instant appeal so it may be heard at the same time and by the same panel as No. 16-55977.[1]

Dated: September 4, 2017          BRYAN CAVE LLP

By:     /s/ Rachel E. Matteo-Boehm
          Rachel E. Matteo-Boehm
          Attorneys for Plaintiff
          COURTHOUSE NEWS SERVICE

---

[1] Appeal No. 16-55977 arose from an appeal by Defendant Michael Planet, in his official capacity as Court Executive Officer/Clerk of the Ventura County Superior Court, from the judgment of the Central District of California granting declaratory relief and permanent injunction to CNS following an order granting in part CNS's motion for summary judgment in a case involving the same or closely related legal and factual issues as the instant appeal.  The merits appeal in *Planet* is consolidated with cross-appeal No. 16-56714, which arose from an order granting in part and denying in part CNS's motion for attorneys' fees and costs in the same action.

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111