# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-0126-AG(KESx) | Date | October 16, 2017 |
| Title | COURTHOUSE NEW SERVICE v DAVID YAMASAKI | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Dwayne Roberts | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Amberg | Robert Naeve |

**Proceedings:** MOTION OF PLAINTIFF COURTHOUSE NEWS SERVICE TO STAY PROCEEDINGS PENDING APPEAL [DKT 60]

Cause is called for hearing and counsel make their appearances. Motion is argued. Motion is DENIED.

All discovery issues to be brought before Judge Guilford.

0 : 25

Initials of Preparer  lmb