UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**, <br> Plaintiff, <br> v. <br> **DAVID YAMASAKI**, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court, <br> Defendant. | Case No. <br> SACV 17-00126 AG (KESx) <br><br> **JUDGMENT** |

The Court enters judgment for Defendant David Yamasaki, in his official capacity as Court Executive Officer/Clerk of the Superior Court of California, County of Orange ("OCSC"), and against Plaintiff Courthouse News Service ("CNS") on CNS's complaint in this action and dismisses the action on the merits.

IT IS SO ORDERED.

Dated: August 17, 2018.

_____
Hon. Andrew J. Guilford
United States District Judge