# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Courthouse News Service

V.

David Yamasaki

Case Number: SACV 17-00126-AG (KESx)

Judgment was entered in this action on  8/17/2018 (Date) / 186 (Docket No.)  against  Plaintiff Courthouse News Service.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | $295.75 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 — Costs not allowed if not requested by the Court or prepared pursuant to stipulation. | 0  ~~$465.12~~ |
| Depositions: see L.R. 54-3.5 | $29,279.87 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $3,730.30 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$33,305.92**  ~~$33,771.04~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/ Brianne J. Kendall
Signature

Brianne J. Kendall
Print Name

Attorney for: Defendant David Yamasaki, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court

Costs are taxed in the amount of  $33,305.92

Kiry K. Gray
Clerk of Court

By: R. Ingram
Deputy Clerk

3/26/2019
Date