#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

| Courthouse News Service | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 8:17-cv-00126-AG-KES **CORRECTED** |
| v. David Yamasaki | NOTICE OF REASSIGNMENT OF CASE UPON RECEIPT OF MANDATE FROM THE NINTH |
| DEFENDANT(S). | CIRCUIT COURT OF APPEALS |

To Counsel of Record:

WHEREAS the within case having been returned on a mandate from the Ninth Circuit Court of Appeals

☐ remanding,
☐ reversing and remanding, or
☐ reversing in part
☒ other   VACATED and REMANDED

the decision of U.S. District Judge    Andrew J. Guilford    and said mandate requiring that judicial action now be taken,

YOU ARE HEREBY NOTIFIED that this case has been randomly reassigned to U.S. District Judge  Josephine L. Staton   for all further proceedings.

The case number now reads:   8:17-cv-00126-JLS-KES  . Please use this case number on all future filings.

Clerk, U.S. District Court

By  Martha Torres   213 894 3570   3/2/20
Deputy Clerk

*cc:*   U.S. District Judge
        Magistrate Judge
        Operations Manager
        *Case Assignment Admin.*
        *ALL Counsel of Record*