John W. Amberg (SBN 108166)
jwamberg@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200

Katherine Keating (SBN 217908)
katherine.keating@bclplaw.com
Jonathan G. Fetterly (SBN 228612)
jon.fetterly@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Courthouse News Service,<br><br>Plaintiff,<br><br>vs.<br><br>David Yamasaki, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court,<br><br>Defendant. | Case No. 8:17-CV-126-JVS-KES<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE DEADLINES AND TRIAL DATE [L.R. 40-2]**<br><br>Final Pretrial Conference:  Aug. 30, 2021<br>Trial Date:  Sept. 14, 2021 |

1  Plaintiff Courthouse News Service hereby notifies the Court that the parties
2  have reached a settlement under which dismissal of this case is conditioned upon
3  Defendant David Yamasaki's implementation of an Electronic Media Inbox into
4  which new electronically submitted non-confidential civil unlimited complaints will
5  be automatically deposited upon receipt by the Orange County Superior Court for
6  review by members of the media.
7  Pursuant to the terms of the parties' agreement, Defendant will create and put
8  the Electronic Media Inbox into operation within nine months from the effective date
9  of the settlement, or by October 11, 2021.
10 Within 10 days of Defendant's written notification and demonstration to
11 Courthouse News Service that the Electronic Media Inbox is operational, Plaintiff will
12 file a stipulation pursuant to Federal Rule of Civil Procedure 41(a) providing for the
13 full and complete dismissal of the Action with prejudice as against all parties.  The
14 parties will file the stipulation of dismissal or report to the Court as to the status of the
15 case no later than **October 21, 2021**.
16 Accordingly, Courthouse News Service respectfully requests that the Court
17 vacate all case deadlines, including the dates for the final pretrial conference and trial.

Dated:  January 20, 2021                    BRYAN CAVE LEIGHTON PAISNER LLP

By:   /s/ *Jonathan G. Fetterly*
      Jonathan G. Fetterly
      Attorneys for Plaintiff
      COURTHOUSE NEWS SERVICE