| | |
|---|---|
| 1 | John W. Amberg (SBN 108166) |
| 2 | jwamberg@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP |
| 3 | 120 Broadway, Suite 300 |
| 4 | Santa Monica, CA 90401-2386<br>Telephone:  (310) 576-2100 |
| 5 | Facsimile:  (310) 576-2200 |
| 6 | Katherine Keating (SBN 217908) |
| 7 | katherine.keating@bclplaw.com<br>Jonathan G. Fetterly (SBN 228612) |
| 8 | jon.fetterly@bclplaw.com |
| 9 | BRYAN CAVE LEIGHTON PAISNER LLP<br>3 Embarcadero Center, 7th Floor |
| 10 | San Francisco, CA 94111 |
| 11 | Telephone:  (415) 675-3400<br>Facsimile:  (415) 675-3434 |
| 12 | |
| 13 | Attorneys for Plaintiff<br>COURTHOUSE NEWS SERVICE |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Courthouse News Service,<br><br>                Plaintiff,<br><br>        vs.<br><br>David Yamasaki, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court,<br><br>                Defendant. | Case No. 8:17-CV-00126-JVS-KES<br><br>**ORDER GRANTING STIPULATION OF DIMSISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

1  The Court, having received the parties' Stipulation of Dismissal With Prejudice
2  (Dkt. 212), hereby dismisses this action with prejudice, with each side to bear its own
3  fees and costs.
4  **IT IS SO ORDERED.**

Dated:  November 19, 2021

_____
Hon. James V. Selna